1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2738

5  Attorneys for Plaintiff
   United States of America
6

7

**FILED**

JAN 2 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 IN THE MATTER OF THE SEARCH OF  )   NO. 2-07-SW-0027  GGH
11                                 )
                                   )   EX PARTE APPLICATION TO FILE
12 6803/6805 Yarrow Way            )   SEARCH WARRANT DOCUMENTS
   Rocklin, CA                     )   IN CAMERA AND UNDER SEAL;
13                                 )   [PROPOSED] ORDER
                                   )
14                                 )   [IN CAMERA AND UNDER SEAL]
                                   )
15 _____ )

16      The United States of America hereby applies to this Court for an order sealing the search

17 warrant, the application for a search warrant and affidavit, this application to seal, and the order

18 to seal, until further order of the Court.  In the present case, as set forth in the Affidavit in

19 Support of the Search Warrant, the premature disclosure of the warrant and affidavit filed in

20 support thereof in this case would potentially compromise the government's ongoing

21 investigation of this matter.

22 Dated: January 24, 2007              Respectfully submitted,

23                                      McGREGOR W. SCOTT
                                        United States Attorney
24
                                        /s/ S. Robert Tice-Raskin
25                                      _____
                                        S. ROBERT TICE-RASKIN
26                                      Assistant United States Attorney

27                                      Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA
28

                                        1

## ORDER

The United States of America has applied to this Court for an Order permitting it to file certain documents under seal. Upon consideration of the application and the entire record herein, IT IS HEREBY ORDERED that the application and affidavit for a search warrant, the search warrant, the application to seal, and this Order, shall be filed with this Court in camera and under seal and shall not be disclosed to any person unless otherwise ordered by this Court. Federal agents are authorized to serve a copy of the warrant during its execution as required by law.

DATED: This 24 day of January, 2007.

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE