```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2738
```

FILED

MAR - 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>6803/6805 Yarrow Way<br>Rocklin, CA | NO. SW -07-027 GGH<br><br>EX PARTE APPLICATION FOR ORDER TO UNSEAL SEARCH WARRANT DOCUMENTS; [~~PROPOSED~~] ORDER |

APPLICATION

On January 24, 2007, this Court issued a search warrant for the captioned matter, and sealed the application and affidavit for search warrant as well as the search warrant. Presently, the warrant has been executed and there is no longer cause for these documents to remain sealed. Accordingly, the Government

//
//
//
//
//
//
//

respectfully requests that the application and search warrant for this matter be unsealed.

DATED: March 3, 2010

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: _____
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney

ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the following documents for the captioned matter be UNSEALED: (1) the application and affidavit for search warrant; and (2) the search warrant.

Date: March 9, 2010

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge